*Van C. Swearingen,* Attorney General, for the motion.

---

Live Oak Products Company et al., Plaintiffs in Error, v. T. J. Cone, Defendant in Error.

A Writ of Error to the Circuit Court within and for the County of Hernando.

Writ of Error dismissed on motion of counsel for defendant in error.

*F. B. Coogler,* for the motion.

---

W. H. Bethea, as Tax Assessor for Taylor County, Plaintiff in Error, v. State ex rel. Park Lumber Company, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Taylor.

Writ of Error dismissed on motion of the Attorney General.

*Van C. Swearingen,* Attorney General, for Plaintiff in Error;

*W. B. Davis,* for Defendant in Error.